HMK/jb FS 7906

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAN FERROSTAAL, INC.,

                Plaintiff,                07 CIV 7921 (LAK) (RLE)
                                                          ECF CASE

    -against-

M/V SANKO SUPREME, her engines, boilers,      **RULE 7.1 STATEMENT**
tackle, etc., SK SHIPPING LTD., SUPREME
BULKSHIP, LTD., SANKO SHIP MANAGEMENT
CO LTD.,

                Defendants.
-------------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: September 7, 2007

                                                   KINGSLEY, KINGSLEY & CALKINS
                                                   Attorneys for Plaintiff


                                                   BY:__/S/_____
                                                       HAROLD M. KINGSLEY
                                                       91 W. Cherry Street
                                                       Hicksville, New York 11801
                                                       (516) 931-0064