UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC.<br><br>Plaintiff,<br><br>-V-<br><br>M/V SANKO SUPREME, her engines, boiler, tackles, etc., SK SHIPPING LTD., SUPREME BULKSHIP, LTD., SANKO SHIP MANAGEMENT CO. LTD<br>Defendants. | **CERTIFICATE OF MAILING**<br><br>07 CV7921 (LAK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of October, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10TH day of September, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 895 528 US**

CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

September 11, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

AL, INC. v.
'REME, *et al.*
‹)
l

ns and Complaint on the following
: to Federal Rules of Civil Procedure Rule

Ltd.

KOREA

Very truly yours,

HMK/jb
Encl.

---

**Registered No.** RE632955529US

| Reg. Fee | $10.15 | | | 0004 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 08 |
| Postage | $1.80 | Restricted Delivery | $0.00 | 10/15/07 |

Received by: [signature]

Customer Must Declare Full Value $0.00  ☐ With Postal Insurance  ☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
10013
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
Our Ref.: FS 7931

TO:
SK SHIPPING CO LTD.
19th Floor, 5-GA
Namdaemun-ro
Chung Gu, Seoul Korea

PS Form 3806, May 2004 (7530-02-000-9051)
Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com