U.S. DISTRICT COURT
FILED
OCT 15 2007
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAN FERROSTAAL, INC.<br><br>        Plaintiff,<br><br>-V-<br><br>M/V SANKO SUPREME, her engines, boilers, tackle, etc., SK SHIPPING LTD., SUPREME BULKSHIP, LTD., SANKO SHIP MANAGEMENT CO.LTD<br>        Defendants. | **CERTIFICATE OF MAILING**<br><br>07 CV 7921 (LAK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 15th day of October, 2007

I served the

### SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 10th day of September, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 895 576 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

September 11, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



L, INC. v.
REME et al

1s and Complaint on the following
to Federal Rules of Civil Procedure Rule

AGEMENT CO., LTD.
EME
Kokusai Building
o 2-chome
100-0011, Japan

Very truly yours,

HMK/jb
Encl.