

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

TONYA JENERETTE
Special Assistant Corporation Counsel
Special Federal Litigation Division
Tel: (212) 788-0993
Fax: (212) 788-9776

February 11, 2008

**BY HAND**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007-1312

      Re:    *Schiller v. The City of New York*, 04 CV 7922 (RJS)(JCF)
             *Dinler v. The City of New York*, 04 CV 7921 (RJS)(JCF)

Dear Judge Sullivan:

      Defendants respectfully request permission to file the enclosed reply in further support of their objections to Magistrate Francis' Order dated January 22, 2008. A reply is necessary to address issues raised and mischaracterizations made in plaintiffs' opposition which we have not had an opportunity to address. For example, plaintiffs erroneously claim that defendants abandoned arguments on this appeal and mischaracterize the record in this dispute. Furthermore, plaintiffs submit additional evidence and legal argument that were not part of the record before Magistrate Judge Francis. A reply is necessary to address these points raised in plaintiffs' opposition.

      Finally, we note that while Your Honor's briefing schedule did not set a date for a reply by defendants, we are submitting this request, along with our reply, within one business day of receiving plaintiffs' opposition (which was served after we left the office on Friday night).

      Should Your Honor grant permission, defendants' reply is attached.

Respectfully submitted,

Tonya Jenerette, Esq.

*[Handwritten:]* Defendants may file the proposed reply brief forthwith

SO ORDERED
Date: 2/13/08
*[signed]* RICHARD J. SULLIVAN
U.S.D.J.