HMK/jb FS 7906

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAN FERROSTAAL, INC.,

        Plaintiff,

-against-

M/V SANKO SUPREME, her engines, boilers, tackle, etc., SK SHIPPING LTD., SUPREME BULKSHIP, LTD., SANKO SHIP MANAGEMENT CO LTD.,

        Defendants
------------------------------------------------------------X

07 CIV 7921 (LAK)
ECF CASE

**ORDER OF DISMISSAL**

    No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with the right to reopen the action within sixty (60) days if the settlement is not consummated.

Dated: February 14, 2008

KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiff

BY: _____
HAROLD M. KINGSLEY
91 W. Cherry Street
Hicksville, New York 11801
(516) 931-0064

SO ORDERED

_____
LEWIS A. KAPLAN, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08